# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY SMITH, | No. 4:19-CV-01834 |
| Plaintiff, | (Judge Brann) |
| v. | |
| DR. EKWUNIFE, *et al.*, | |
| Defendants. | |

## ORDER

### MARCH 27, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 5, is **GRANTED**;

2. Plaintiff's complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff shall within thirty (30) days from the date of this Order file an amended complaint that addresses the deficiencies identified in the Court's Memorandum Opinion. Failure to comply will be deemed abandonment of this action, and Plaintiff's action will be subject to dismissal with prejudice without further warning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge